May 26, 2006

Mr. Ken Slavin
Kemp Smith, LLP
221 N. Kansas, Suite 1700
El Paso, TX 79901

Honorable Luis Aguilar
120th District Court
El Paso County Court House
500 E San Antonio, #605
El Paso, TX 79901-2457
Mr. Kenneth Allan Krohn
1112 Montana Ave
El Paso, TX 79902

RE: Case Number: 06-0087
 Court of Appeals Number: 08-05-00298-CV
 Trial Court Number: 2002-1068

Style: IN RE RABA-KISTNER ANDERSON CONSULTANTS, INC. D/B/A RABA-
 KISTNER CONSULTANTS (SW), INC., AND RABA-KISTNER CONSULTANTS, INC.

Dear Counsel:

 Today the Supreme Court of Texas granted the relators' motion for
emergency stay and issued the enclosed stay order in the above-referenced
case. The petition for writ of mandamus remains pending before this Court.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Denise |
| |Pacheco |
| |Mr. Gilbert |
| |Sanchez |